

NUMBER 13-12-00074-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ROBERTO ARGUETA,                                            Appellant,

v.

R&R CONSTRUCTION MARINE SERVICES,
RLS BUILDERS, AND RICK L. STAYNER,
INDIVIDUALLY AND D/B/A R&R CONSTRUCTION
MARINE SERVICES AND RLS BUILDERS,                          Appellees.

On Appeal from the 410th District Court
of Montgomery County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Roberto Argueta, filed an appeal from a judgment rendered against him

in favor of appellees. On February 22, 2012, the Clerk of this Court notified appellant

that the clerk's record in the above cause was originally due on February 7, 2012, and that

the deputy district clerk, Leah Timmons, had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of prosecution.

On March 9, 2012 and April 12, 2012, the Clerk of the Court notified appellant that he was delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of the letter. *See id.* 42.3(b),(c).

Appellant has failed to respond to this Court's notices and has failed to pay the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
17th day of May, 2012.

2